IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JEREMY STEVENS and                                                                                      PLAINTIFFS
MISTY FLY

v.                                                               CIVIL ACTION NO. 1:22-cv-00143-SA-DAS

LINCOLN FINANCIAL GROUP, INC. and                              DEFENDANTS
NORTH MISSISSIPPI HEALTH SERVICES, INC.

## ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on September 30, 2022. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 11th day of October, 2022.

                                                           /s/ Sharion Aycock
                                                           UNITED STATES DISTRICT JUDGE