**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | |
|---|---|
| **JEREMY STEVENS and** <br> **MISTY FLY** | **PLAINTIFFS** |
| **V.** | **NO. 1:22-CV-143-DMB-DAS** |
| **LINCOLN FINANCIAL GROUP, INC.** <br> **and NORTH MISSISSIPPI HEALTH** <br> **SERVICES, INC.** | **DEFENDANTS** |

### ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 12th day of October, 2022.

                                                  **/s/Debra M. Brown**
                                                  **UNITED STATES DISTRICT JUDGE**