# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

JEREMY STEVENS and
MISTY FLY,                                                                                          PLAINTIFFS

V.                                                                                          NO: 1:22-CV-143-MPM-DAS

LINCOLN FINANCIAL GROUP, INC., and
NORTH MISSISSIPPI HEALTH SERVICES, INC.                                   DEFENDANTS

## ORDER OF RECUSAL

The above styled and numbered cause was assigned to United States District Judge Michael P. Mills on September 30, 2022. Judge Mills, on his own motion, hereby **RECUSES** himself from this cause.

It is **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This the 17th day of October 2022.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**