IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JEREMY STEVENS; and MISTY FLY                            PLAINTIFFS

v.                            CIVIL ACTION NO. 1:22-cv-00143-GHD-DAS

LINCOLN FINANCIAL GROUP, INC.; and
NORTH MISSISSIPPI HEALTH SERVICES, INC.                          DEFENDANTS

## ORDER OF RECUSAL

The undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this, the 17th day of October, 2022.

_____
SENIOR U.S. DISTRICT JUDGE