**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**JEREMY STEVENS and**                                             **PLAINTIFFS**
**MISTY FLY**

**V.**                                                   **NO. 1:22-CV-143-GHD-DAS**

**LINCOLN FINANCIAL GROUP, INC.;**
**and NORTH MISSISSIPPI HEALTH**
**SERVICES, INC.**                                         **DEFENDANTS**

## <u>ORDER OF REASSIGNMENT</u>

The Court reviews this case on its own for purposes of reassignment. Because all the Judges in this district either have recused or will recuse for various reasons, this case is reassigned to Chief United States District Daniel P. Jordan, III and United States Magistrate Judge F. Keith Ball of the Southern District of Mississippi. This case will remain in this district and division.

**SO ORDERED**, this 27th day of October, 2022.

                                    **/s/Debra M. Brown**
                                    **CHIEF DISTRICT JUDGE**